FEBRUARY 4, 1958.

No. 690. TIPPET *v.* THOMPSON, TRUSTEE, ET AL. On petition for writ of certiorari to the Court of Civil Appeals of Texas, First Supreme Judicial District. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Leland B. Kee* for petitioner. *Walter F. Woodul* for the Missouri Pacific Railroad Co., respondent.

FEBRUARY 5, 1958.

No. 186. BAIRD, ADMINISTRATRIX, *v.* NEW YORK CENTRAL RAILROAD Co. Certiorari, 355 U. S. 853, to the United States Court of Appeals for the Second Circuit. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *William Paul Allen* for petitioner. *Gerald H. Hendley* for respondent.

FEBRUARY 10, 1958.

No. ——. JIMENEZ *v.* BARBER, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. Application for stay of deportation referred to the entire Court by MR. JUSTICE DOUGLAS denied. *Joseph Forer* and *David Rein* for petitioner.